JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FULLERTON SQUARE FITNESS GROUP, LLC, a California limited liability company, d/b/a PLANET FITNESS,<br><br>        Plaintiff,<br><br>  v.<br><br>RAYMOND GROUP, LLC, a California limited liability company; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 8:19-cv-02198 JLS (KESx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE (Doc. 21)** |

Having considered the parties' joint Stipulation for dismissal with prejudice of this entire action pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Court GRANTS the Stipulation. The entire action, including all claims and counterclaims stated therein against all parties, is hereby dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

Dated: December 29, 2020

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE